UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| In re:<br><br>**3 KINGS CONSTRUCTION RESIDENTIAL LLC,**<br><br>    Debtor. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| **GRIFFIN E. HOWELL, III, TRUSTEE,**<br><br>    Plaintiff,<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE CO.,**<br><br>    Defendants. | **CASE NO.: 24-01016** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Todd E. Hennings
*Signature of plaintiffs or plaintiff's counsel*

/s/ Anne Krache
*Signature of defendants or defendant's counsel*

5500 Interstate North Parkway, Suite 435
*Address*

One Federal Street, Suite 2620
*Address*

Atlanta, Georgia 30328
*City, State & Zip Code*

Boston, MA 02110
*City, State & Zip Code*

404-584-1234
*Telephone Numnber*

617-531-1411
*Telephone Number*

Dated: May 20, 2025

Dated: May 20, 2025

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| In re:<br><br>**3 KINGS CONSTRUCTION RESIDENTIAL LLC,**<br><br>Debtor. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| **GRIFFIN E. HOWELL, III, TRUSTEE,**<br><br>Plaintiff,<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE CO.,**<br><br>Defendants. | **CASE NO.: 24-01016** |

## CERTIFICATE OF SERVICE

    I, Todd E. Hennings, certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 20th day of May, 2025, I caused to be served a copy of the within Stipulation of Voluntary Dismissal by depositing same in the United States Mail, postage prepaid, to the following:

Anne C. Krache
Shook Hardy & Bacon
One Federal Street, Suite 2620
Boston, MA 02110

/s/
Todd E. Hennings, State Bar No. 347302